Honorable John R. Shook, Page 5

"That the State Registrar shall, upon request, supply to any properly qualified applicant a certified copy of the record of any birth or death registered under provisions of this Act, for the making and certification of which he shall be entitled to a fee of fifty cents (50¢) to be paid by the applicant. . . ."

Rule 53a, Article 4477, supra, as amended, Acts 1941, Forty-seventh Legislature, page 782, Chapter 486, provides certain fees for local Registrars performing the services as such, but does not authorize such local Registrars to issue certified copies of birth and death certificates which have been filed in their offices.

Therefore, in view of the above mentioned statutes, in answer to your first question, you are respectfully advised that it is the opinion of this department that Justices of the Peace acting as local Registrars of Vital Statistics as authorized by the above mentioned Act are not empowered or authorized to issue certified copies of birth or death certificates which have been filed in their offices. It is our further opinion that the State Registrar is the only public officer authorized to issue such certified copies except the County Clerk in certain instances as shown above.

In view of our answer to your first question, the other questions submitted in your inquiry require no answer.

Yours very truly

ATTORNEY GENERAL OF TEXAS

By /S/ Ardell Williams
Ardell Williams
Assistant

APPROVED FEB 10, 1942

/S/ Grover Sellers

FIRST ASSISTANT
ATTORNEY GENERAL

AW:MBT:ebm